UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-CV-100-RET-CN |
| LOUISIANA GENERATING LLC, | ) |
| Defendant. | ) |

**LOUISIANA GENERATING LLC'S MOTION FOR SUMMARY JUDGMENT (NUMBER THREE): MOTION FOR SUMMARY JUDGMENT ON THE PROPER LEGAL STANDARD FOR RMRR**

Louisiana Generating LLC ("LaGen") respectfully submits this Motion for Partial Summary Judgment requesting a legal ruling that the proper standard to be applied by the trier of fact in this case under the "routine, maintenance, repair and replacement" ("RMRR") exclusion to the Prevention of Significant Deterioration ("PSD") rules is the "routine in the industry" standard. That "routine in the industry" standard assesses the "routineness" of a project or, in fact, any work, by looking not only to the individual electric generating unit at issue, but also to the electric utility industry as a whole.

However, this Motion need not be considered if this Court grants LaGen's separate Motion for Summary Judgment on Plaintiffs' PSD Claims, which is being filed concurrently with this Motion. The granting of that Motion would dispose of this entire case, thereby obviating the need for a trial, and rendering moot this Motion on the proper RMRR standard to be applied at trial.

For the foregoing reasons, and based on the accompanying Memorandum in Support, LaGen respectfully requests that the Court grant its motion for summary judgment and issue a

ruling that the proper standard to be applied by the trier of fact in this case under the RMRR exclusion is the "routine in the industry" standard.

Dated: February 4, 2011 	Respectfully submitted,

/s/ Kent Mayo
William Bumpers (admitted *pro hac vice*)
Kent Mayo (admitted *pro hac vice*)
Michael Heister (admitted *pro hac vice*)
Megan Berge (admitted *pro hac vice*)
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
(202) 639-7700

-and-

/s/ Ryan E. Johnson
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th Floor
Building Four
Baton Rouge, LA 70809
(225) 248-2000

-and-

R. Patrick Vance (La. Bar Roll No. 13008)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 71170-5100

*Counsel for Louisiana Generating LLC*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOUISIANA GENERATING LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 09-CV-100-RET-CN |

**CERTIFICATE OF SERVICE**

I certify that on this day, a copy of the foregoing Motion for Summary Judgment (Number Three): Motion for Summary Judgment on The Proper Legal Standard for RMRR was filed electronically with the Clerk of the Court using the CM/ECF system. I also certify that the following counsel will receive service of the Motion and Proposed Order via that system:

Richard M. Gladstein
U.S. Department of Justice
P.O. Box 7611
601 D. Street, NW, Room 2121
Washington, DC 20004
202-514-1711
Email: richard.gladstein@usdoj.gov

John Joseph Gaupp
United States Attorney's Office - BR
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801
225-389-0443
Fax: 225-389-0685
Email: john.gaupp@usdoj.gov

Dwana Christy King
Christopher Alan Ratcliff
Louisiana Department of Environmental Quality
P.O. Box 4302
Baton Rouge, LA 70821-4302
225-219-3985
Fax: 219-4068
Email: dwana.king@la.gov
Email: chris.ratcliff@la.gov

Dated: February 4, 2011     /s/ Kent Mayo_____