UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
NOVEMBER 2, 2011
BRADY, J.

UNITED STATES OF AMERICA,
ENVIRONMENTAL PROTECTION
AGENCY

VERSUS

LOUISIANA GENERATING, LLC

CIVIL ACTION

NO. 09-100-JJB-CN

This matter came on for oral argument on Motion for Summary Judgment on Plaintiffs' PSD Claims (doc. no. 138) by defendant, Motion for Summary Judgment on Plaintiffs' Title V Claims (doc. no. 139) by defendant, and Motion for Partial Summary Judgment on Successor Liability (doc. no. 136) by plaintiffs.

    PRESENT: Richard M. Gladstein, Esq.
                  Elias L. Quinn, Esq.
                  John Joseph Gaupp, Esq.
                  Counsel for USA, EPA

                  A. Kent Mayo, Esq.
                  Megan H. Berge, Esq.
                  Counsel for Louisiana Generating, LLC

                  Dwana Christy King, Esq.
                  Kathy M. Wright, Esq.
                  Counsel for Louisiana Dept. of Environmental Quality

Parties present argument.

The court takes this matter under advisement and will issue a ruling shortly.

The court holds a conference following oral argument. The court advises he

will rule as quickly as possible on the pending motions for summary judgment to allow this case to remain on the discovery schedule set by the Magistrate Judge.

The parties discussed the pending motions in limine. The court will set a hearing at a later date; after which a trial date as soon as possible.

\* \* \* \*

J. Francisco/Reporter
c:CV 25a; T-1.0