UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, | ) Civil Action No. 09-100-JJB-DD |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| LOUISIANA GENERATING LLC, | ) |
| Defendant. | ) |

## SIXTH AMENDED CASE MANAGEMENT ORDER

Upon consideration of the Joint Motion to Enter Sixth Amended Case Management Order submitted by Plaintiff the United States of America ("United States"), Plaintiff-Intervenor the Louisiana Department of Environmental Quality ("LDEQ"), and Defendant Louisiana Generating LLC ("LaGen") (rec.doc. 294), and for good cause shown, the Fifth Amended Case Management Order (doc. 272), is hereby superseded and replaced by this Sixth Amended Case Management Order. The Parties shall be bound by the dates and deadlines as set forth below and as set forth in the Notice to Counsel (doc. 267) and Uniform Pretrial Notice (doc. 269) dated January 20, 2012, which are adopted as the Scheduling Order under Rule 16(b) of the Federal Rules of Civil Procedure.

A. **BIFURCATION**

Both discovery and trial are bifurcated between liability and remedy phases, except that the parties may proceed with certain remedy discovery during the liability phase to the extent expressly authorized in this Order. The following deadlines pertain only to actions in the remedy phase of this case.

**B. REMEDY PHASE**

1. Initial remedy disclosures required by FRAP 26(a)(1)        Completed

2. Disclosure of identities and resumes of expert witnesses:

       Plaintiff:        August 31, 2012
       Defendant:        December 14, 2012

3. Exchange of expert reports:

       Plaintiff:        August 31, 2012
       Defendant:        December 14, 2012

4. Exchange of Supplemental/Rebuttal Reports

       Plaintiff:        February 13, 2013
       Defendant:        April 17, 2013

5. Filing all discovery motions and completing all discovery except experts:        May 8, 2013[1]

6. Completion of discovery from experts:        June 14, 2013

7. Filing dispositive motions, expert challenges and motions in limine:        July 19, 2013

8. Responses to dispositive motions, expert challenges and motions in limine:        August 20, 2013

9. Replies to dispositive motions, expert challenges and motions in limine:        September 13, 2013

---

[1] All written discovery must be served in sufficient time to require an answer or response by this deadline. The parties may serve written discovery on remedy issues during the liability phase of the case, provided that such discovery is not unduly burdensome. The parties shall be allowed at least 90 days for responding to any such written discovery, and no party shall be required to serve responses to written discovery on remedy issues prior to February 25, 2011. The parties also may take up to five fact depositions on remedy issues during the liability phase of the proceedings, provided that no such depositions may be scheduled prior to April 11, 2011.

10. Proposed Pretrial Order (including jurisdiction,   To be determined
    pending motions, claims, uncontested facts
    exhibit list, objections, witness list)

11. Pretrial Conference                              To be determined

12. Settlement Conference                            To be determined

13. Final witness and exhibit lists, electronic      To be determined
    bench book

**C.  REMEDY TRIAL**

1. Bench trial on remedy issues                      To be determined

2. Estimated number of days that trial will require  One to two weeks

   Signed in Baton Rouge, Louisiana, on May 3, 2012.

   _____
   **MAGISTRATE JUDGE DOCIA L. DALBY**