UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| LOUISIANA DEPARTMENT OF ) | CIVIL ACTION |
| ENVIRONMENTAL QUALITY, ) | NO. 09-100-JJB-CN |
| Plaintiff-Intervenor, ) | |
| ) | |
| VERSUS ) | |
| ) | |
| LOUISIANA GENERATING, LLC, ) | |
| Defendant ) | |

# PLAINTIFF- INTERVENOR LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY'S RESPONSE TO DEFENDANT LOUISIANA GENERATING, LLC'S MOTION FOR STAY PENDING APPEAL

On September 20, 2012, Defendant Louisiana Generating, LLC filed a Motion to Stay Pending Appeal in the above-captioned matter. Plaintiff-Intervenor Louisiana Department of Environmental Quality (LDEQ) believes a Stay will serve the interest of judicial economy by ensuring final resolution of an issue central to this litigation in advance of trial. Accordingly, LDEQ has no opposition to Defendant Louisiana Generating, LLC's Motion to Stay Pending Appeal.

Dated: September 21, 2012

Respectfully submitted,

FOR THE LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY:


HERMAN ROBINSON (LA #2077)
Executive Counsel
Louisiana Department of Environmental Quality


s/ Dwana C. King
Dwana C. King, Trial Attorney (LA Bar #20590)
Christopher A. Ratcliff, Attorney Supervisor (LA Bar # 18675)
Kathy Wright, (LA Bar #30804)
Louisiana Department of Environmental Quality
P. O. Box 4302
Baton Rouge, Louisiana 70821-4302
Telephone: (225) 219-3985
Facsimile: (225) 219-4068
E-mail: DWANA.KING@LA.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012 the foregoing Response was served electronically via the ECF system to all counsel of record.


                                                            s/ Dwana C. King
                                                                Dwana C. King