UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| **LOUISIANA DEPARTMENT OF** ) | Civil Action No. 09-CV-100-JJB-DD |
| **ENVIRONMENTAL QUALITY,** ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| **LOUISIANA GENERATING LLC,** ) | |
| ) | |
| Defendant. ) | |

**LOUISIANA GENERATING LLC'S UNOPPOSED MOTION TO LIFT SEAL ON PLEADINGS RELATING TO OPINION ISSUED ON SEPTEMBER 19, 2012**

Louisiana Generating LLC ("LaGen") respectfully requests an order lifting seal on the following sealed pleadings: Sealed Proposed Revised Uniform Pretrial Order [Doc. 321]("the Sealed Pretrial Order"); Sealed (Proposed) Order on Objections to Evidence [Doc. 322]("the Sealed Order"); Sealed Motion for Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 337]; Sealed Motion for Expedited Hearing on Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 338]; and Sealed Motion for Leave to File a Reply in Support of Its Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 340] (collectively, "the Sealed Motions") (collectively, the Sealed Pretrial Order, the Sealed Order, and the Sealed Motions are referred to as "the Sealed Pleadings"). Each of the Sealed Pleadings was placed under seal temporarily because it referred

3248390_1

to the substance and outcome of a ruling that had yet to be issued.  Now that the ruling has been issued, there is no longer a basis for maintaining the Sealed Pleadings under seal, and LaGen requests that the Sealed Pleadings be unsealed and placed in the public docket.

Counsel for LaGen has conferred with counsel for United States of America, Plaintiff, and counsel for the Louisiana Department of Environmental Quality, Plaintiff-Intervenor, neither of whom oppose LaGen's request.

1. On August 30, 2012, LaGen filed sealed motions for leave to file the Sealed Order and the Sealed Pretrial Order.  The orders was filed under seal because they directly or indirectly referred to the substance or outcome of an unissued opinion holding that the primary reheater replacement projects at issue were not routine maintenance, repair and replacement (the "RMRR Opinion")

2. On September 5, 2012, the Sealed Order and the Sealed Pretrial Order were formally filed in the record.

3. On September 12 and 14, 2012, LaGen filed sealed motions for leave to file the Sealed Motions.  These motions were also filed under seal because they directly or indirectly referred to the substance or outcome of the "RMRR Opinion".

4. On September 19, 2012, the Sealed Motions were formally filed in the record.

5. Also on September 19, 2012, this Court issued its written RMRR Opinion (*See* Doc. 332 – Ruling on Motions for Summary Judgment).  Therefore, the reason for filing the Sealed Pleadings under seal no longer exists.

6. For the foregoing reasons, Louisiana Generating LLC respectfully requests this court issue an order lifting seal on the following sealed pleadings: Sealed Proposed Revised Uniform Pretrial Order [Doc. 321]; Sealed (Proposed) Order on Objections to Evidence [Doc.

322]; Sealed Motion for Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 337]; Sealed Motion for Expedited Hearing on Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 338]; and Sealed Motion for Leave to File a Reply in Support of Its Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 340].

    Respectfully submitted,

    /s/ David A. Super_____
David A. Super (admitted *pro hac vice*)
Kent Mayo (admitted *pro hac vice*)
Megan Berge (admitted *pro hac vice*)
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
(202) 639-7700

    - and -

    /s/ James P. Doré _____
James P. Doré (La. Bar No. 5021)
Alan J. Berteau (La. Bar No. 17915)
R. Benn Vincent, Jr. (La. Bar No. 28793)
Kean Miller LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
(225) 387-0999

Dated: September 21, 2012    *Counsel for Louisiana Generating LLC*

## CERTIFICATE OF SERVICE

    I certify that on this day, a copy of the foregoing was served to the following counsel of record via U.S. mail and electronic mail:

    Richard M. Gladstein
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
202-514-1711

        Email: richard.gladstein@usdoj.gov

        John Joseph Gaupp
        United States Attorney's Office - BR
        Middle District of Louisiana
        777 Florida Street, Suite 208
        Baton Rouge, LA 70801
        225-389-0443
        Fax: 225-389-0685
        Email: john.gaupp@usdoj.gov

        Dwana Christy King
        Christopher Alan Ratcliff
        Louisiana Department of Environmental Quality
        P.O. Box 4302
        Baton Rouge, LA 70821-4302
        225-219-3985
        Fax: 219-4068
        Email: dwana.king@la.gov
        Email: chris.ratcliff@la.gov

Washington, DC, this 21st day of September 2012.

                            /s/ James P. Doré
                            James P. Doré
                            Counsel for Louisiana Generating LLC

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>LOUISIANA DEPARTMENT OF　　)<br>ENVIRONMENTAL QUALITY　　　)<br>　　　　Plaintiff-Intervenor　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>LOUISIANA GENERATING LLC, )<br>　　　　Defendant.　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 09-CV-100-JJB-CN |

### ORDER

Considering Defendant, Louisiana Generating LLC's Unopposed Motion to Lift Seal on Pleadings Relating to Opinion Issued on September 19, 2012 ("Motion to Lift Seal"),

**IT IS ORDERED** that the Motion to Lift Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the following pleadings are unsealed and placed in the public docket: Sealed Proposed Revised Uniform Pretrial Order [Doc. 321]; Sealed (Proposed) Order on Objections to Evidence [Doc. 322]; Sealed Motion for Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 337]; Sealed Motion for Expedited Hearing on Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 338]; and Sealed Motion for Leave to File a Reply in Support of Its Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 340].

Signed this ____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE