UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>LOUISIANA DEPARTMENT OF<br>ENVIRONMENTAL QUALITY<br>Plaintiff-Intervenor<br><br>v.<br><br>LOUISIANA GENERATING LLC,<br>Defendant. | Civil Action No. 09-CV-100-JJB-CN |

## ORDER

Considering Defendant, Louisiana Generating LLC's Unopposed Motion to Lift Seal on Pleadings Relating to Opinion Issued on September 19, 2012 ("Motion to Lift Seal"),

**IT IS ORDERED** that the Motion to Lift Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the following pleadings are unsealed and placed in the public docket: Sealed Proposed Revised Uniform Pretrial Order [Doc. 321]; Sealed (Proposed) Order on Objections to Evidence [Doc. 322]; Sealed Motion for Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 337]; Sealed Motion for Expedited Hearing on Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 338]; and Sealed Motion for Leave to File a Reply in Support of Its Partially Unopposed Motion to Reconsider the Court's Stated Intention to Issue Opinion by Louisiana Generating LLC [Doc. 340].

Signed this 24th day of September, 2012. BATON ROUGE, LOUISIANA.

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES J. BRADY