UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| LOUISIANA DEPARTMENT OF ) | Civil Action No. 09-CV-100-JJB-DD |
| ENVIRONMENTAL QUALITY, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| LOUISIANA GENERATING LLC, ) | |
| ) | |
| Defendant. ) | |

**LOUISIANA GENERATING LLC'S RESPONSE TO THE UNITED STATES'
NOTICE OF REDUCTION IN ESTIMATED TRIAL LENGTH**

Louisiana Generating LLC ("LaGen") files this response to the United States' Notice Of Reduction In Estimated Trial Length (Doc. 364). The United States' anticipates that its case-in-chief can be put on in two to three days, and asserts that the "total time for trial should be five to six days, rather than two weeks." That estimate is based in part on the United States' assumption regarding the length of time needed for LaGen to present its case. LaGen anticipates that its case will require 3 1/2 to 4 days. Accordingly, LaGen believes that it would be appropriate for the length of trial to be shortened from two weeks to 6 1/2 to 7 days.

Dated: September 27, 2012        Respectfully submitted,

                                        s/ David A. Super
                                        David A. Super (admitted *pro hac vice*)
                                        Kent Mayo (admitted *pro hac vice*)
                                        Megan Berge (admitted *pro hac vice*)
                                        Baker Botts L.L.P.
                                        1299 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20004-2400
                                        (202) 639-7700

                                        - and -

                                        s/ James P. Doré
                                        James P. Doré (La. Bar No. 5021)
                                        Alan J. Berteau (La. Bar No. 17915)
                                        R. Benn Vincent, Jr. (La. Bar No. 28793)
                                        Kean Miller, LLP
                                        400 Convention Street, Suite 700
                                        Baton Rouge, LA 70802
                                        (225) 387-0999
                                        (225) 388-9133 (fax)
                                        Jim.dore@keanmiller.com

## CERTIFICATE OF SERVICE

        I certify that on this day, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and that the following counsel of record will receive service through that system:

        Richard M. Gladstein
        U.S. Department of Justice
        P.O. Box 7611
        Ben Franklin Station
        Washington, DC 20044
        202-514-1711
        Email: richard.gladstein@usdoj.gov

        John Joseph Gaupp
        United States Attorney's Office - BR
        Middle District of Louisiana
        777 Florida Street, Suite 208
        Baton Rouge, LA 70801
        225-389-0443
        Fax: 225-389-0685
        Email: john.gaupp@usdoj.gov

        Dwana Christy King
        Christopher Alan Ratcliff
        Louisiana Department of Environmental Quality
        P.O. Box 4302
        Baton Rouge, LA 70821-4302
        225-219-3985
        Fax: 219-4068
        Email: dwana.king@la.gov
        Email: chris.ratcliff@la.gov

Washington, DC, this 27th day of September, 2012.

        /s/ Megan H. Berge _____
        Megan H. Berge
        Counsel for Louisiana Generating LLC

3

Case 3:09-cv-00100-JJB-DLD    Document 368    09/27/12    Page 3 of 3