UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LOUISIANA GENERATING LLC

CIVIL ACTION

NO. 09-100-JJB

## ORDER

Considering the foregoing Notice of Mootness (doc. 364):

The clerk's office shall terminate the following as being moot:

Doc. 190, motion to exclude Dr. Venner

Doc. 191, motion to exclude Mr. Larkin

Doc. 323, motion to exclude Mr. Golden.

Baton Rouge, Louisiana, this 27th day of September, 2012.

---
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1